## GEORGE MELDRUM AND WILLIAM PARK
### v.
## GABRIEL RICHARD AND HENRY BERTHELET

1811

PAPERS IN S. C. FILE

1. Writ of fieri facias and receipts  .   .   .   .   .   .   .   .   .   .   .

PAPERS IN D. C. FILE

1. Capias and return .   .   .   .   .   .   .   .   .   . *Printed in Vol. 2*

## JAMES FRASER
### v.
## JEAN BAPTISTE DUPRAT

1811

PAPERS IN FILE

1. Bail bond in error  .   .   .   .   .   .   .   .   .   . *Printed in Vol. 2*